1  VICENTE GALINDO
   742 E. COLDEN AVE.
2  LOS ANGELES, CA 90002
   NO E-MAIL, NO FAX
3  In pro per

4

5

6

7            UNITED STATES DISTRICT COURT

8         CENTRAL DISTRICT OF CALIFORNIA

9

10

11              CV 10 - 06231 CAS (JCx)

12  VICENTE GALINDO,                    )   Case No.: _____
                                        )
13              Plaintiffs,             )
                                        )
14                                      )
                                        )
15         vs.                          )   **Complaint to Action of Quiet**
                                        )   **Title/**
16                                      )   **Lis Penden**
                                        )
17  1. FEDERAL HOME LOAN MORTGATE       )   **1) Violation of Regulation Z of**
                                        )   **the Truth in Lending Act,**
18     CORPORATION,                     )   **pursuant to Title 5 U.S.C.**
                                        )   **section 1635(a) and Title 12**
19  2. QUALITY LOAN SERVICE CORP,       )   **CFR 226.23 (d)(i).**
                                        )
20  3. AURORA LOAN SERVICES INC,        )
                                        )
21  4. HOME LOAN SPECIALISTS INC,       )
                                        )
22  5. McCARTHY & HOLTHUS LLP,          )
                                        )
23              Defendants,             )

24

25

26

27

28

Quiet Title Lis Penden/ Honor Draft - 1

1  Here comes the Plaintiff VICENTE GALINDO who is bringing this
2  complaint to Action of Quiet Title/ Lis Penden to this court.
3  This controversy is over Five Hundred Thousand Dollars and it
4  also involves a real property located at 742 E. Colden Ave. Los
5  Angeles, CA 90002.

6
7                      **JURISDICTION OF THE COURT**
8
9      The original jurisdiction was granted to the United States
10 District Court Common Law Jurisdiction by Article III, section
11 2; judicial power of the United States shall be vested in the
12 Supreme Court by the Constitution for the United States of
13 America.  The Amendments 1-10, absolutely, and without
14 qualification petition relief upon the Constitution, which has
15 not been abolished and repealed by Congress.
16
17     The jurisdiction of this subject matter involves real
18 property, constructive fraud, misinformation, failure to give
19 full disclosure of contract, counterfeiting securities,
20 conspiracy, and violation of Regulation Z of the Truth and
21 Lending Act/ and GAAP/ the Federal Reserve Board Regulation.   In
22 further notice of jurisdiction and judicial notice VICENTE
23 GALINDO, reserve all rights, waiver none ever, displaying of
24 Bonds (Financial Statement) from the Secretary of State.  A
25 claim of relief can only be granted under the Bankruptcy Reform
26 Act of 1978 (Bankruptcy Emergency Act), House Joint Resolution-
27 192 Public Policy, and the Uniform Commercial Code (UCC) at UCC
28 3-601 and UCC 3-603, a certificate of protest of dishonor.

Additional jurisdiction pursuant to the Federal Tort Claim
Act, which grants jurisdiction over subject matter/Title 18, is
enforcement of criminal elements, and furthermore, the United
States District Court has original jurisdiction pursuant to 28
U.S.C., Cal 251, scope and extent of jurisdiction of Federal

## PARTIES OF INTEREST

Plaintiff at all times mentions Secured Party VICENTE GALINDO.

Defendant at all times mentions:

1. FEDERAL HOME LOAN MORTGATE CORPORATION,
2. QUALITY LOAN SERVICE CORP,
3. AURORA LOAN SERVICES INC,
4. HOME LOAN SPECIALISTS INC,
5. McCARTHY & HOLTHUS LLP,

## FACTS

On or around August 11, 2010 a three day notice for possession
has been served upon the VICENTE GALINDO and the other residents
of the property in question.  The reason that the unlawful
detainer was not filed in good faith indicates that the property
has been already part of the bankruptcy and the Defendant has
been or should have been informed about those proceedings and
honor the filings with automatic stay.  The Plaintiff instead
honoring the federal court disregarded automatic stay and went

forward with frivolous filing of unlawful detainer against the
Plaintiff.  He did not properly served Plaintiff and this is why
Plaintiff found out about the judgment entered against her when
she has been served with eviction notice.  This is the reason
why Plaintiff is seeking the remedy in U.S. District Court.

The affirmative fact is that Plaintiff VICENTE GALINDO,
further has reason to believe that the general public and the
public at large are in jeopardy due to these unethical business
practices and the Defendants' willful refusal to give full
disclosure pursuant to Regulation Z of the Truth in Lending Act
and is expecting Relief under said act.  This is the reason why
VICENTE GALINDO honors the defendant's mutual administrative
settlement agreement and stipulations and has or will be filing,
an action to Quiet title/Lis Penden, under the rules of the
Common Law, to test the Validity of the Agreement and let the
Jury make the Determination whether there is a Breach of
Contract between the Grantor and the Grantee, who is the lawful
owner of the property.

Please take Judicial Notice to the Ninth Circuit Ruling:
Yanamoto V. Bank of New York, 329 f3d 1167; in 2003 the Judge
mandated to Grant Relief and a Judge does not have any
jurisdiction or discretion over anything that has to deal with
Regulation Z.

Plaintiff would like to mention the recent case in Ohio
when Judge Boyko in the state of Ohio in the USA made a ruling
that the bank had no legal right to foreclose on 14 homes whose

owners had failed to keep current in their monthly mortgage
payments. Now this might sound like small bear for Deutsche
Bank, one of the world's largest banks with over ¤1.1 trillion
(Billionen) in assets worldwide. For the Anglo-Saxon banking
world and its European allies like Deutsche Bank, BNP Paribas,
Barclays Bank, HSBC or others.

     A US Federal Judge, C.A. Boyko in Federal District Court in
Cleveland Ohio ruled to dismiss a claim by Deutsche Bank
National Trust Company. DB's US subsidiary was seeking to take
possession of 14 homes from Cleveland residents living in them,
in order to claim the assets.  The Judge asked Deutsche Bank to
show documents proving legal title to the 14 homes. Deutsche
Bank could not. All Deutsche Bank attorneys could show was a
document showing only "intent to convey the rights in the
mortgages." They could not produce the actual mortgage, the
heart of Western property rights since the Magna Charta of not
longer.

     Again why could Deutsche Bank not show the 14 mortgages on
the 14 homes? Because they live in the exotic new world of
"global securitization", where banks like DB or Citigroup buy
tens of thousands of mortgages from small local lending banks,
"bundle" them into Jumbo new securities which then are rated by
Moody's or Standard & Poors or Fitch, and sell them as bonds to
pension funds or other banks or private investors who naively
believed they were buying bonds rated AAA, the highest, and
never realized that their "bundle" of say 1,000 different home

mortgages, contained maybe 20% or 200 mortgages rated "sub-prime," i.e. of dubious credit quality.  Indeed the profits being earned in the past seven years by the world's largest financial players from Goldman Sachs to Morgan Stanley to HSBC, Chase, and yes, Deutsche Bank, were so staggering, few bothered to open the risk models used by the professionals who bundled the mortgages. Certainly not the Big Three rating companies who had a criminal conflict of interest in giving top debt ratings. That changed abruptly last August and since then the major banks have issued one after another report of disastrous "sub-prime" losses.


Judge Boyko warned Lender Deutsche Bank National Trust Co. if Proper mortgage ownership documents weren't produced, he would Dismiss 14 foreclosures. Using this example Plaintiff VICENTE GALINDO is noticing that foreclosure of the properties in question was not legal; he is respectfully requesting to produce proper ownership documents from the Defendants. If not provided, the Foreclosure should be dismissed for the reason that Defendant did not have a reason to foreclosure on the property, especially that Defendant had or should have a knowledge that property in question is in bankruptcy.

## COUNTERFEITING SECURITIES OF THE UNITED STATES

Article 1, section 8, clause 6 in the U.S. Constitution provides that, "the Congress shall have power to provide for the punishment of counterfeiting the securities and current coin of the United States.

Pursuant to Title 28 U.S.C., section 4 of the Commission of Crimes Cognizable by a Court of the United States under Title 18 U.S.C. section 513 to wit 513(a), whoever makes utters or possesses a counterfeited security in a private capacity of a state or a political subdivision thereof, or of an organization, or government shall be fined not more than $250,000.00 or imprisoned not more than ten years or both. See also section 2311, 2314, and 2320 for additional fines and sanctions. Among the securities defined at 18 U.S.C. 2311-15 included evidence of indebtedness, which, in a broad sense may mean anything that is due or owing, which would include a duty, obligation, or right of action.  The negotiable instrument that was deposited in the above mentioned account, qualifies as counterfeited securities.

## FAILURE TO GIVE FULL DISCLOSURE OF CONTRACT ACCORDING TO THE TRUTH AND LENDING ACT AND REGULATION Z

The Secured Party, VICENTE GALINDO, spokesperson for the non-debtor corporation, reserve all rights and remedy under the Uniform Commercial Code and the Emergency Bankruptcy Act/ Bankruptcy reform act of 1978, wherefore the Chief Justice

transmitted to Congress that all courts of the United States are subject to the Bankruptcy Court and the Bankruptcy code is the Supreme Law of the Land.  For the affirmative fact the Secured Party, pursuant to Public Policy HJR-192, Bill of Exchange for Four Hundred Ten Thousand Dollars and Zero Cents, the Secured Party transmitted Utilities to the Secretary of State and the Secretary of the Treasury, instructing all parties to make adjustment of account, wherefore the defendant and all parties of interest have currently been served.

### STATEMENT OF CAUSE

The Secured Party VICENTE GALINDO attests and is informed of the definition of credit, "in the Federal consumer Credit Protection Act, Truth in Lending Act (Title 15 U.S.C.) As set forth in Regulation Z (12 CFR 226): Credit means the right to incur debt and defer its payment.

The Secured Party, VICENTE GALINDO is further informed that it is the responsibility of the lenders (creditor) to give full disclosure of contract and delegated authority of right or executive order by Legislature to defer payment, and give a letter of credit/ check book entries/ and no loan, no lawful money according to Article 1, Section 10, clause 1 of the Federal Constitution mentions; **"no state shall enter into any treaty, alliance, or confederation, grant letter of marquees and reprisal, coin money, emit bills of credit..."  And it further**

mentions the only lawful tender is gold and silver coin, Am Jur 2d 81.

The affirmative fact is that Defendants and its cohorts, also failed to disclose that the original loan was created by a check book entry, which may be sold in the open market (as a promissory note) for 80-90 cents on the dollar with no consideration to the Plaintiff.  The Defendants further failed to disclose the loan was pre-paid and the Plaintiff would be converted into joint tenants for 30 years.  It also was not disclosed to the plaintiff that all monthly payments of Federal Reserve Notes, tender for debt.  ("Federal Reserve Notes are valueless" see Internal Revenue Code at Section 1. 1001-1 (4657) C.C.H.

See Jerome Daily v. First National Bank of Montgomery, Minn., Justice Martin v. Mahoney Credit River Township, December 7-9 1968 ruled that Federal Reserve Notes were fiat money and not legal tender. After jury deliberation and return a unanimous verdict for defendant was entered after bank president admitted that it was standard banking procedure that he created the "money", he loaned it to the defendant as a book entry. On December 7th at the conclusion of trial the mortgage was canceled.

The Secured Party, VICENTE GALINDO, further has reason to believe this operation under the color of authority by Defendants is in direct violation of the Constitution for the

1  United States of America, also the U.S. Federal Constitution,
2  which prohibits Bills of credit, and authenticates securities of
3  the United States and further defer payment with the people and
4  the general public at large.  The Secured Party, VICENTE
5  GALINDO, in their own stead, rescinded the loan contract due to
6  constructive fraud and usury, and also due to unethical business
7  practice.

### JUDICIAL NOTICE OF HOW A THE CLAIM OF RELIEF
### CAN BE GRANTED

The Secured Party, VICENTE GALINDO give **Judicial Notice to the United States District Court that relief can only be granted:**

**A) Regulation Z of the Truth in Lending Act Title 5 USC Section 1635 (A) and the Title 12 CFR 226.23 (d)(i), 9th Circuit ruling in Yamamoto v. Bank of New York, 329 F3d 1167. Per Regulation Z Action for rescission and Replevin is further Authorized Per House Joint Resolution-192/ the Emergency Bankruptcy of 1933.**

**B) My bond UCC-1 financial Statement/ Transmitting Utilities Under Public Policy HJR-192, the Bankruptcy Reform Act of 1978/ Emergency Bankruptcy Act and adjustment of my pre-paid account with the Secretary of State and the Secretary of the Treasury in exchange with my exemption, and release of all property/ proceeds to the Secured Party in Accordance with the Uniform Commercial Code.**

**CONCLUSION**

The Secured Party, VICENTE GALINDO, **honored** and further anticipates that Defendants and their attorneys invade of administrative settlement agreement between the parties, in a spurious attempt to cover up the RICO and unclean hands, requests an order for dismissal due to defendants' failure to post bond or state how a claim of relief can be granted, when the affirmative fact shows the Acceptance for value by the Secured Party, see exhibit of bond, a.k.a. financial statement/ transmit of utilities and adjustment of account has been taken care of under Public Policy HJR-192/ Emergency Bankruptcy Act, which the plaintiff gives Judicial Notice of the settlement agreement and stipulations and this is how a claim of relief can be granted and all of the mentioned in the above.

**PRAYER**

1) Request to the Court that the it will honor the terms and conditions of the settlement agreement between the parties to Stay of all dishonor/ non-judicial foreclosure proceeding, stay of harassment of the Plaintiff.

2) Request to the Court that Defendants will honor the terms and conditions of the settlement agreement between the parties request for three times the above and the amount of the Bill of Exchange, which will be presented at trial.

3) Request to the Court that Defendants will honor the terms and conditions of the settlement agreement between the parties Defendant will cease and desist all commercial **dishonor/failed** to give full disclosure pursuant to Regulation Z of the Truth-in-Lending Act, that lawful money was loaned out **dishonored** by silence, Plaintiff's Request to have a professional accountant to check the credit and debit of the account. Request that this court accept Plaintiff's bond UCC-1 financial statement by the secretary of state as acceptance merit evidence that a claim of relief has been mentioned according to HJR-192 Public Policy and the Bankruptcy Emergency Act/ Uniform Commercial Code.

4) Request to the Court that Defendant will honor the terms and conditions of the settlement agreement between the parties, as well as special request that this controversy is governed only according to the rule of the Common Law Article III proceeding, waiver of Rights none ever to special Maritime Territory and Jurisdictional proceeding of legislative none ever, unless signed by a notary public...

5) Request to the Court that Defendant will honor the terms and conditions of the settlement agreement between the parties and further **relief can only be granted by Regulation Z of the Truth in Lending Act Title 5 USC Section 1635 (A) and the Title 12 CFR 226.23 (d)(i), 9th Circuit ruling in Yamamoto v. Bank of New York, 329 F3d 1167. per Regulation Z Action for rescission and Replevin is further Authorized Per House Joint Resolution-192/ the Emergency Bankruptcy of 1933.**

6) Request to the Court that Defendants will honor the terms and conditions of the settlement agreement between the parties to have Defendants before they hire any attorney dishonor/ protest VICENTE GALINDO'S honor draft (Quiet Title Lis Penden) that they first swear under their full commercial liability under the penalty of perjury and sign a jurat or record a full Reconveyance on the Deed of Trust in the County Recorder and do whatever the District Court of the United States article III court deem to be just and proper.

## VERIFICATION

The Secured Party, VICENTE GALINDO, declares and attests that he has honored all Defendants' notices.  In further he dishonored any refusal to sign under Defendants' full commercial liability under the penalty of perjury and gives full disclosure pursuant to the Truth and Lending Act/ Regulation Z by signed jurat before a notary public that all loans are lawful money and are backed by gold and silver and the Plaintiff, VICENTE GALINDO qualifies under the House Joint Resolution-192, the United States insurance policy, (and according to VICENTE GALINDO'S home insurance policy) to have the public debt discharged.  Any mention that judicial notice of relief can only be granted under Public Policy HJR-192 and the Emergency Bankruptcy Reform Act of 1978, 45 Am Jur 2d 81 and Defendants' dishonoring the administrative settlement agreement between the parties by non judicial foreclosure/ counter claims/ motion for dismissal shall

1  be viewed as a breach of agreement between the parties and shall

2  also be viewed as true and correct.

3

4  August 17, 2010

5

6

7

8                                    Henceforth Submitted;

9

10

11

12

13                    _Vicente Galindo_____

14                              VICENTE GALINDO

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Thomas J. Holthus — CA NV NE
Kevin R. McCarthy — CA
Paul M. Levine — AZ CA
Matthew Silverman — AZ NM
JaVonne M. Phillips — CA
Matthew E. Podmenik — CA
David C. Scott — CA
Jennifer C. Wong — CA
Angela M. Michael — WA PA
Kristin Schuler-Hintz — CA NV
Gayle Jameson — CA
Seth Harris — CA
James Hester — CA
Charles E. Bell — CA
Kelly M. Raftery — CA
Matthew B. Learned — CA
Andrew E. Hall — CA
Seth J. Adams — NV
Sasan Mirkarimi — CA
Rachel S. Opatik — CA
Melissa Robbins — CA
Jessica Partridge — CA
Kristin Zilberstein — CA
Gregory Babcock — CA
Dayna Dardon — CA
Merdaud Jafarnia — CA
Anna Marie Farrales — CA

WA — Joni Marie Derifield
CA — Thomas J. Ruhrup
CA — Renee DeGolier
CA — Alyson Dadkowski
CA — Matthew Duarte
CA — Roshni V. Patel
AZ — Jessica R. Kenney
CA — Rebecca L. Corle
NV CA — Christopher K. Lezak
CA — Mishaela J. Graves
CA — Charles M. Standard
WA — Edgar I. Hall
CA — Brielyn G. Sesko
CA — Rami M. Haddad
NV — Kali Fox Miller
CA — Jessica L. Klickna
CA — Ashley B. Hennessee
CA — Michelle Ann Hoskinson
CA — Christelle N. Ramseyer
OR ID — Holger Uhl
NV FL — Christopher Hunter
CA — Jeffrey S. Totah
CA — Terry Loftus
CA — Laszlo Ladi
NV — Sherry A. Moore
CA — Ayana D. Guy
CA — Paul H. Kang

# McCarthy ◆ Holthus
*A Limited Liability Partnership*
**1770 Fourth Avenue**
**San Diego, California 92101**
**Telephone (619) 685-4800**
**Facsimile (619) 685-4811**
**www.McCarthyHolthus.com**
Email to all personnel:
First initial and last name@mccarthyholthus.com

August 11, 2010

Occupant
742 East Colden Avenue
Los Angeles, CA 90002

| Re: | Federal Home Loan Mortgage Corporation v. Vicente Galindo |
|---|---|
| Property | 742 East Colden Avenue, Los Angeles, CA 90002 |
| M&H File No. | CA-09-66546 |

Dear Occupants:

This office represents Federal Home Loan Mortgage Corporation. On or about 12/23/2009 Federal Home Loan Mortgage Corporation completed the foreclosure sale of the above-referenced property. We have been retained to proceed with an Eviction proceeding against you to obtain possession of the property. We have prepared a Notice for Possession that will be or already has been served on you. Pursuant to the Notice you have a very short time period to vacate the premises.

If you are a tenant of the prior owner with a bona fide lease or tenancy, you may have additional rights as provided by the "Protecting Tenants at Foreclosure Act of 2009" which provides protections for tenants who occupy properties that have been foreclosed **after May 20, 2009**.

The purpose of this letter is to offer you the opportunity to resolve this matter without litigation. In order to confirm whether you have a bona fide lease or tenancy under the Protecting Tenants at Foreclosure Act of 2009 we will need to review your lease and any other documents you have to support the existence of the bona fide lease or tenancy. As such, please provide them immediately to our Eviction Department. Please be advised that if you do have a bona fide lease or tenancy you must fax it to our attention at 619-243-1979 and stop making payments to your previous landlord.

This communication is for the purpose of collecting a debt, and any information obtained from the trustor(s) will be used for that purpose. This notice is required by the provisions of the Fair Debt Collection Practices Act and does not imply that we are attempting to collect money from anyone who has discharged the debt under the bankruptcy laws of the United States

Very truly yours,
**McCarthy & Holthus, LLP**

**Nevada Office**
9510 West Sahara Avenue, Suite 110
Las Vegas, NV 89117
(702) 685-0329 Ext. 3748
Facsimile (866) 339-5961

**Arizona Office**
3636 North Central Avenue, Suite 1050
Phoenix, AZ 85012
(602) 230-8726
Facsimile (602) 230-9277

**Northwestern Office**
19735 10th Avenue NE, Suite N-200
Poulsbo, WA 98370
(206) 319-9100
Facsimile (206) 780-6862

# THREE DAY NOTICE FOR POSSESSION

File No.   CA-09-66546

TO:   Vicente Galindo

and  "ALL PERSONS IN POSSESSION" of the premises located at:

   742 East Colden Avenue, Los Angeles, CA 90002

NOTICE IS HEREBY GIVEN that:

   Within **three (3) days after service on you of this Notice**:

   You are required to quit and deliver up possession of the premises to the undersigned or to Federal Home Loan Mortgage Corporation, servicing agent, who is authorized to receive the same, or the undersigned will institute legal proceedings against you to recover possession of said premises and for rents or damages as provided by law.

   You are required to quit and deliver up possession of said premises for the reason that they have been duly sold to the undersigned in accordance with Section 2924 et seq. of the Civil Code of the State of California, under the power of sale contained in a Deed of Trust executed by you or by your predecessors in interest and recorded in the Official Records of LOS ANGELES County, California, and the title under the sale has been duly perfected.

   This notice is given pursuant to the provisions of Section 1161a (b)(3) of the Code of Civil Procedure of the State of California.

   Please notify this office immediately if you are active military duty or have been discharged from active military duty within the last 9 months.

Dated: August 11, 2010

For:    Federal Home Loan Mortgage Corporation

McCarthy & Holthus, LLP
A Limited Liability Partnership
1770 Fourth Avenue
San Diego, CA  92101-3006
(619) 685-4800 x 3729

By: McCarthy & Holthus, LLP, Attorney for Federal Home Loan Mortgage Corporation

Trustee's Deed Upon Sale
1 : Page

01/06/2010

*20100012014*

Recording requested by **ServiceLink**
Mail Tax Statements to And
When recorded mail to

Aurora Loan Services
10350 Park Meadows Dr
Littleton, CO 80124

Forward tax statements to the address given above

Space above this line for recorders use

TS # CA-09-237426-PJ                    Order # 400017061

# Trustee's Deed Upon Sale

A.P N.: **6050-018-005**                            Transfer Tax $0.00

The undersigned grantor declares
The grantee herein **IS** the foreclosing beneficiary
The amount of the unpaid debt together with costs was.         **$352,074.29**
The amount paid by the grantee at the trustee sale was:        **$168,821.00**
The documentary transfer tax is.                               ~~None~~ $ $0
Said property is in the City of: LOS ANGELES, County of LOS ANGELES

**QUALITY LOAN SERVICE CORPORATION** , as Trustee, (whereas so designated in the Deed of Trust hereunder more particularly described or as duly appointed Trustee) does hereby **GRANT** and **CONVEY** to

**Federal Home Loan Mortgage Corporation**

(herein called Grantee) but without covenant or warranty, expressed or implied, all right title and interest conveyed to and now held by it as Trustee under the Deed of Trust in and to the property situated in the county of **LOS ANGELES**, State of California, described as follows:
LOT 5 OF TRACT NO. 6111, IN THE CITY OF LOS ANGELES, COUNTY OF LOS ANGELES, STATE OF CALIFORNIA, AS PER MAP RECORDED IN BOOK 90 PAGES 3 AND 4, OF MAPS, IN THE OFFICE OF THE COUNTY RECORDER OF SAID COUNTY.

This conveyance is made in compliance with the terms and provisions of the Deed of Trust executed by **VICENTE GALINDO, A MARRIED MAN AS HIS SOLE AND SEPARATE PROPERTY**, as trustor, dated **6/12/2006**, and recorded on **6/20/2006** as instrument number **06-1350649**, in Book **XXX**, Page **XXX** of Official Records in the office of the Recorder of **LOS ANGELES**, California, under the authority and powers vested in the Trustee designated in the Deed of Trust or as the duly appointed trustee, default having occurred under the Deed of Trust pursuant to the Notice of Breach and Election to Sell under the Deed of Trust recorded on **1/21/2009**, instrument no **09 0079848**, Book , Page , of Official records  Trustee having complied with all applicable statutory requirements of the State of California and performed all duties required by the Deed of Trust including sending a Notice of Default and Election

Trustee's Deed Upon Sale
2   P a g e

to Sell within ten days after its recording and a Notice of Sale at least twenty days prior to the Sale Date by certified mail, postage pre-paid to each person entitled to notice in compliance with California Civil Code 2924b

Default occurred as set forth in a Notice of Breach and Election to Sell which was recorded in the office of the Recorder of said County.

All requirements of law regarding the mailing of copies of notices or the publication of a copy of the Notice of Breach and Election to Sell or the personal delivery of the copy of the Notice of Breach and Election to Sell and the posting and publication of copies of the Notice of Sale have been complied with

Said property was sold by said Trustee at public auction on **12/23/2009** at the place named in the Notice of Sale, in the County of **LOS ANGELES**, California, in which the property is situated.  Grantee, being the highest bidder at such sale, became the purchaser of said property and paid therefore to said trustee the amount being **$168,821.00** in lawful money of the United States, or by the satisfaction, pro tanto, of the obligations then secured by said Deed of Trust

Date **12/24/2009**                                    **QUALITY LOAN SERVICE CORPORATION**

By:

**Karla Sánchez, Assistant Secretary**

State of California   )
County of San Diego)
On 12-30-2009 before me, **Michelle Nguyen** a notary public, personally appeared **Karla Sanchez**, who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct

WITNESS my hand and official seal.

Signature                                          (Seal)
                Michelle Nguyen

BONNIE J. DAWSON
Commission # 1628086
Notary Public - California
San Diego County
My Comm. Expires Jan 6, 2010

THIS OFFICE IS ATTEMPTING TO COLLECT A DEBT AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE

TS #   CA-09-237426-PJ                    Loan# 0032917106

# CERTIFICATE OF ACCEPTANCE

Pursuant to the provisions of Government Code Section 27281, this is to certify that the interest in real property conveyed by the Trustees Deed Upon Sale, dated 12/24/2009  from MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC, to FREDDIE MAC, a governmental agency, is hereby accepted by the undersigned officer and the undersigned grantee consents to the recordation thereof.

Date: 12/30/2009                    Freddie Mac

By: McCarthy and Holthus, LLP, Attorney in fact
for Freddie Mac, by Tim Bargenquast, Authorized
Agent for McCarthy and Holthus, LLP

Recording Requested By
ServiceLink

Recording requested by:
Quality Loan Service Corp

When recorded mail to
Quality Loan Service Corp.
2141 5th Avenue
San Diego, CA 92101

04/23/2009



*20090589823*

TS # CA-09-237426-PJ          Loan # 0032917106                    SPACE ABOVE THIS LINE FOR RECORDER'S USE

# NOTICE OF TRUSTEE'S SALE

**YOU ARE IN DEFAULT UNDER A DEED OF TRUST DATED 6/12/2006. UNLESS YOU TAKE ACTION TO PROTECT YOUR PROPERTY, IT MAY BE SOLD AT A PUBLIC SALE. IF YOU NEED AN EXPLANATION OF THE NATURE OF THE PROCEEDING AGAINST YOU, YOU SHOULD CONTACT A LAWYER.**

A public auction sale to the highest bidder for cash, cashier's check drawn on a state or national bank, check drawn by state or federal credit union, or a check drawn by a state or federal savings and loan association, or savings association, or savings bank specified in Section 5102 to the Financial code and authorized to do business in this state, will be held by duly appointed trustee. The sale will be made, but without covenant or warranty, expressed or implied, regarding title, possession, or encumbrances, to pay the remaining principal sum of the note(s) secured by the Deed of Trust, with interest and late charges thereon, as provided in the note(s), advances, under the terms of the Deed of Trust, interest thereon, fees, charges and expenses of the Trustee for the total amount (at the time of the initial publication of the Notice of Sale) reasonably estimated to be set forth below. The amount may be greater on the day of sale.

**BENEFICIARY MAY ELECT TO BID LESS THAN THE TOTAL AMOUNT DUE.**

Trustor(s).   **VICENTE GALINDO, A MARRIED MAN AS HIS SOLE AND SEPARATE PROPERTY**
Recorded.     6/20/2006 as Instrument No. 06-1350649 in book XXX, page XXX of Official Records in the office of the Recorder of LOS ANGELES County, California;

Date of Sale:   **5/13/2009 at 10:30 AM**
Place of Sale·  **At the West side of the Los Angeles County Courthouse, directly facing Norwalk Blvd., 12720 Norwalk Blvd., Norwalk, CA.**
Amount of unpaid balance and other charges: **$342,547.77**
The purported property address is:   **742 E COLDEN AVE**
                                     **LOS ANGELES, CA 90002**

Assessors Parcel No. **6050-018-005**

The undersigned Trustee disclaims any liability for any incorrectness of the property address or other common designation, if any, shown herein. If no street address or other common designation is shown, directions to the location of the property may be obtained by sending a written request to the beneficiary within 10 days of the date of first publication of this Notice of Sale.

**If the Trustee is unable to convey title for any reason, the successful bidder's sole and exclusive remedy shall be the return of monies paid to the Trustee, and the successful bidder shall have no further recourse.**

Date: 4/22/2009          **Quality Loan Service Corp.**
                         **2141 5th Avenue**
                         **San Diego, CA 92101**
                         **619-645-7711 For NON SALE information only**
                         **Sale Line: 714-730-2727 or Login to: www.fidelityasap.com**
                         **Reinstatement Line: 619-645-7711**

Quality Loan Service Corp. by: Tim Bargenquast, as Authorized Agent.

If you have previously been discharged through bankruptcy, you may have been released of personal liability for this loan in which case this letter is intended to exercise the note holder's rights against the real property only.

**THIS NOTICE IS SENT FOR THE PURPOSE OF COLLECTING A DEBT. THIS FIRM IS ATTEMPTING TO COLLECT A DEBT ON BEHALF OF THE HOLDER AND OWNER OF THE NOTE. ANY INFORMATION OBTAINED BY OR PROVIDED TO THIS FIRM OR THE CREDITOR WILL BE USED FOR THAT PURPOSE.**

As required by law, you are hereby notified that a negative credit report reflecting on your credit record may be submitted to a credit report agency if you fail to fulfill the terms of your credit obligations.

Recording requested by:
Quality Loan Service Corp

When recorded mail to·
Quality Loan Service Corp.
2141 5th Avenue
San Diego, CA 92101



01/21/2009

*20090079848*

Space above this line for Recorder's use

TS No.: **CA-09-237426-PJ**          Loan No.: **0032917106**

# IMPORTANT NOTICE
## NOTICE OF DEFAULT AND ELECTION TO SELL
## UNDER DEED OF TRUST

**IF YOUR PROPERTY IS IN FORECLOSURE BECAUSE YOU ARE BEHIND IN YOUR PAYMENTS, IT MAY BE SOLD WITHOUT ANY COURT ACTION.** You may have the legal right to bring your account in good standing by paying all of your past due payments plus permitted costs and expenses within the time permitted by law for reinstatement of your account (normally five business days prior to the date set for the sale of your property). No sale may be set until three months from the date this notice of default is recorded (which date of recordation appears on this notice) This amount is **$10,542.49** as of **1/21/2009** and will increase until your account becomes current.

While your property is in foreclosure, you still must pay other obligations (such as insurance and taxes) required by your note and deed of trust or mortgage. If you fail to make future payments on the loan, pay taxes on the property, provide insurance on the property, or pay other obligations as required in the note and deed of trust or mortgage, the beneficiary or mortgagee may insist that you do so in order to reinstate your account in good standing. In addition, the beneficiary or mortgagee may require as a condition of reinstatement that you provide reliable written evidence that you paid all senior liens, property taxes, and hazard insurance premiums.

Upon your written request, the beneficiary or mortgagee will give you a written itemization of the entire amount you must pay. You may not have the pay the entire unpaid portion of your account, even though full payment was demanded, but you must pay all amounts in default at the time payment is made. However, you and your beneficiary or mortgagee may mutually agree in writing prior to the time the notice of sale is posted (which may not be earlier than the three-month period stated above) to, among other things, (1) provide additional time in which to cure the default by transfer of the property or otherwise; or (2) establish a schedule of payments in order to cure your default; or both (1) and (2).

Following the expiration of the time period referred to in the first paragraph of this notice, unless the obligation being foreclosed upon or a separate written agreement between you and your creditor permits a longer period, you have only the legal right to stop the sale of your property by paying the entire amount demanded by your creditor.

To find out the amount you must pay, or arrange for payment to stop the foreclosure, or if your property is in foreclosure for any other reason, contact

**Aurora Loan Services**
**C/O Quality Loan Service Corp.**
**2141 5th Avenue**
**San Diego, CA 92101**
**619-645-7711**

TS No.: CA-09-237426-PJ
Loan No.: 0032917106
**Notice of Default and Election To Sell Under Deed of Trust**

If you have any questions, you should contact a lawyer or the governmental agency which may have insured your loan. Notwithstanding the fact that your property is in foreclosure, you may offer your property for sale provided the sale is concluded prior to the conclusion of the foreclosure.

Remember, **YOU MAY LOSE LEGAL RIGHTS IF YOU DO NOT TAKE PROMPT ACTION.**

NOTICE IS HEREBY GIVEN: That the undersigned is either the original trustee, the duly appointed substituted trustee, or acting as agent for the trustee or beneficiary under a Deed of Trust dated 6/12/2006, executed by VICENTE GALINDO, A MARRIED MAN AS HIS SOLE AND SEPARATE PROPERTY, as Trustor, to secure certain obligations in favor of MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC,. AS NOMINEE FOR HOME LOAN SPECIALISTS, INC., as beneficiary, recorded 6/20/2006, as Instrument No. 06-1350649, in Book XXX, Page XXX of Official Records in the Office of the Recorder of  LOS ANGELES County, California describing land therein.  **as more fully described in said Deed of Trust.**

Said obligations including 1 NOTE(S) FOR THE ORIGINAL sum of $332,000.00, that the beneficial interest under such Deed of Trust and the obligations secured thereby are presently held by the undersigned; that a breach of, and default in, the obligations for which such Deed of Trust is security has occurred in that payment has not been made of:

Installment of principal and interest plus impounds and advances which became due on 10/1/2008 plus amounts that are due or may become due for the following: late charges, delinquent property taxes, insurance premiums, advances made on senior liens, taxes and/or insurance, trustees fees, and any attorney fees and court costs arising from or associated with beneficiaries effort to protect and preserve its security must be cured as a condition of reinstatement.

That by reason thereof, the present beneficiary under such deed of trust, has executed and delivered to said duly appointed Trustee, a written Declaration of Default and Demand for same, and has deposited with said duly appointed Trustee, such deed of trust and all documents evidencing obligations secured thereby, and has declared and does hereby declare all sums secured thereby immediately due and payable and has elected and does hereby elect to cause the trust property to be sold to satisfy the obligations secured thereby.

The Beneficiary or its designated agent declares that it has contacted the borrower, tried with due diligence to contact the borrower as required by California Civil Code § 2923.5, or the borrower has surrendered the property to the beneficiary or authorized agent, or is otherwise exempt from the requirements of § 2923.5.

Dated: 1/21/2009          **Quality Loan Service Corp., AS AGENT FOR BENEFICIARY**
BY: ServiceLink-Irvine through SPL, Inc. as authorized agent for ServiceLink

FONG CHAN

If you have previously been discharged through bankruptcy, you may have been released of personal liability for this loan in which case this letter is intended to exercise the note holder's rights against the real property only.

**THIS OFFICE IS ATTEMPTING TO COLLECT A DEBT AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.**

As required by law, you are hereby notified that a negative credit report reflecting on your credit record may be submitted to a credit report agency if you fail to fulfill the terms of your credit obligations.

## Transaction History

Martinez, Michael; The Maritsa Truim Robin Bowman Leslie Bo,
742 E Colden Ave, Los Angeles, CA 90002

APN: 6050-018-005
Los Angeles County

### Prior Transfer

Recording Date: 06/10/2010
Price: **N/A**
First TD: **N/A**
Mortgage Doc #:
Lender Name:
Buyer Name: **MARTINEZ, MICHAEL; THE MARITSA TRUIM ROBIN BOWMAN LESLIE BO,**
Buyer Vesting: **Trust**
Seller Name: **GALINDO, VICENTE**
Legal description: **Lot: 5  Tract No: 6111  Map Ref: MB90 PG3&4**

Document #: **10-0796698 BK-PG -**
Document Type: **Quit Claim Deed**
Type of Sale: **Non-Arms Length Transfer**
Interest Rate:

### Prior Transfer

Recording Date: 01/06/2010
Price: **$168,821**
First TD: **N/A**
Mortgage Doc #:
Lender Name:
Buyer Name: **FEDERAL HOME LOAN MORTGAGE CORPORATION,**
Buyer Vesting: **N/A**
Seller Name: **GALINDO, VICENTE**
Legal description: **Lot: 5  Tract No: 6111  Map Ref: MB90 PG3&4**
City/Muni/Twp: **LOS ANGELES**

Document #: **10-0012014 BK-PG -**
Document Type: **Trustee's Deed**
Type of Sale: **Full Amount On Deed**
Interest Rate:

### Foreclosure Record

Recording Date: 04/23/2009
Document Type: **Notice Of Sale (Aka Notice Of Trustee's Sale)**

Auction Location: **12720 NORWALK BLVD, NORWALK**
Auction Date/Time: **05/13/2009 10:30 A.M.**
Min. Bid Amount **$342,547**

Document #: **09-0589823 BK-PG -**

### Foreclosure Record

Recording Date: 01/21/2009
Document Type: **Notice Of Default**
Beneficiary Name: **AURORA LOAN SERVICES INC**
Trustor Names: **GALINDO, VICENTE**
Trustee Name: **NOT GIVEN**
Mailing Address: **, , -**
Trustee Phone #:

Document #: **09-0079848 BK-PG -**

TS#: CA-09-237426-PJ
Loan Date: **06/20/2006**
Contact Name: **AURORA LOAN SERVICES**
Attention: **QUALITY LOAN SERVICE CORP**
Mailing Address: **2141 5TH AVE, SAN DIEGO, CA 92101-**
Legal description: **Lot: 5**

Loan Doc #: **06-1350649**
Loan Amount: **$332,000**

## Mortgage Record

Recording Date: **06/20/2006**
Loan Amount: **$83,000**
TD Due Date:
Interest Rate:
Lender Name: **HOME LOAN SPECIALISTS INC**
Lender Type: **Mortgage Company**
Borrowers Name: **GALINDO,VICENTE**
Vesting: **Married Man As His Sole And Separate Property**

Document #: **06-1350650 BK-PG -**
Loan Type: **Credit Line (Revolving)**
Type of Financing: **VAR**

## Prior Transfer

Recording Date: **06/20/2006**
Price: **$415,000**
First TD: **$332,000**

Mortgage Doc #: **06-1350649**
Lender Name: **HOME LOAN SPECIALISTS INC**
Buyer Name: **GALINDO, VICENTE**
Buyer Vesting: **Married Man As His Sole And Separate Property**
Seller Name: **CORTES, ARMANDO; CORTES, LIDIA E**
Fixed Step:
Adjustable Rate Index: **6 Month Libor**
Rate Change Frequency: **Six Months Or Semi-Annually**
Int Rate not <: **2.25%**
Maximum Interest Rate: **12.87%**
Prepayment Penalty Rider: **Yes**
Legal description: **Lot: 5  Tract No: 6111  Map Ref: MB90 PG3&4**
City/Muni/Twp: **LOS ANGELES**

Document #: **06-1350648 BK-PG -**
Document Type: **Grant Deed**
Type of Sale: **Full-Computed From Transfer
Tax**
Interest Rate: **6.87%**

Change Index: **2.25%**
First Change Date: **07/01/2011**
Int Rate not >: **12.87%**
Interest Only Period: **Yes**
Prepayment Penalty Term: **36 Months**

## Prior Transfer

Recording Date: **06/20/2006**
Price: **N/A**

First TD: **N/A**
Mortgage Doc #:
Lender Name:
Buyer Name: **GALINDO, VICENTE**
Buyer Vesting: **Married Man As His Sole And Separate Property**
Seller Name: **GALINDO, MARIA TERESA**
Legal description: **Lot: 5  Tract No: 6111  Map Ref: MB90 PG3&4**
City/Muni/Twp: **LOS ANGELES**

Document #: **06-1350647 BK-PG -**
Document Type: **Intrafamily Transfer Or
Dissolution**
Type of Sale: **Non-Arms Length Transfer**
Interest Rate:

## Mortgage Record

Recording Date: **03/09/2005**
Loan Amount: **$30,000**
TD Due Date: **12/06/2024**
Interest Rate:
Lender Name: **LENDERS INVESTMENT CORP**
Lender Type: ***N**
Borrowers Name: **CORTES,ARMANDO; CORTES,LIDIA E**
Vesting: **Joint Tenancy**

Document #: **05-0533588 BK-PG -**
Loan Type: **Credit Line (Revolving)**
Type of Financing:

## Prior Transfer

Recording Date: **03/30/2004**
Price: **N/A**

First TD: **$191,250**
Mortgage Doc #: **04-0740498**
Lender Name: **CNB MORTGAGE**
Buyer Name: **CORTES, ARMANDO; CORTES, LIDIA E**
Buyer Vesting: **Joint Tenancy**
Seller Name: **RUIZ, PATRICIA; CORTES, ARMANDO; CORTES, LIDIA E**
Legal description: **Lot: 5  Tract No: 6111  Map Ref: MB90 PG3&4**
City/Muni/Twp: **LOS ANGELES**

Document #: **04-0740497 BK-PG -**
Document Type: **Intrafamily Transfer Or Dissolution**
Type of Sale: **Non-Arms Length Transfer**
Interest Rate:

## Mortgage Record

Recording Date: **11/20/2002**
Loan Amount: **$31,000**
TD Due Date: **12/01/2017**
Interest Rate:
Lender Name: **FIRST FRANKLIN FIN**
Lender Type: **Finance Company**
Borrowers Name: **RUIZ,PATRICIA; CORTES,ARMANDO**
Vesting: **Joint Tenancy**

Document #: **02-2803165 BK-PG -**
Loan Type: **Stand Alone Second**
Type of Financing:

## Prior Transfer

Recording Date: **11/19/2002**
Price: **$160,000**
First TD: **$124,000**

Mortgage Doc #: **02-2790008**
Lender Name: **FIRST FRANKLIN FIN**
Buyer Name: **RUIZ, PATRICIA; CORTES, ARMANDO; CORTES, LIDIA E**
Buyer Vesting: **Joint Tenancy**
Seller Name: **BATTIE, HUNTER LEVERN**
Legal description: **Lot: 5  Tract No: 6111  Map Ref: MB90 PG3&4**
City/Muni/Twp: **LOS ANGELES**

Document #: **02-2790007 BK-PG -**
Document Type: **Grant Deed**
Type of Sale: **Full-Computed From Transfer Tax**
Interest Rate:

## Prior Transfer

Recording Date: **07/15/2002**

Document #: **02-1626025 BK-PG -**

Price: **N/A**

First TD: **N/A**

Mortgage Doc #:
Lender Name:
Buyer Name: **BATTLE, HUNTER LEVERN**
Buyer Vesting: **Married Man As His Sole And Separate Property**
Seller Name: **BATTLE, HUNTER LEVERN; JEANNETTE S BATTLE FAMILY TRUST,**
Legal description: **Lot: 5  Tract No: 6111  Map Ref: MB90 PG3&4**
City/Muni/Twp: **LOS ANGELES**

Document Type: **Intrafamily Transfer Or Dissolution**
Type of Sale: **Non-Arms Length Transfer**
Interest Rate:

## Prior Transfer

Recording Date: **02/27/1998**
Price: **N/A**

First TD: **$34,000**

Mortgage Doc #:
Lender Name: **PACIFIC NATL BK**
Buyer Name: **BATTLE, JEANNETTE S**
Buyer Vesting: **N/A**
Seller Name: **, BATTLE, JEANETTE S; BATTLE, LEVERN**
Legal description:
Abbreviated Description: **TRACT # 6111 LOT 5**
City/Muni/Twp: **LOS ANGELES**

Document #: **98-0321868 BK-PG -**
Document Type: **Intrafamily Transfer Or Dissolution**
Type of Sale:
Interest Rate:

## Prior Transfer

Recording Date: **05/08/1995**
Price: **N/A**

First TD: **N/A**

Mortgage Doc #:
Lender Name:
Buyer Name: **BATTLE, JEANETTE S**
Buyer Vesting: **Trust**
Seller Name: **BATTLE, JEANETTE S**
Legal description: **Lot: 5  Tract No: 6111  Map Ref: MB90 PG3&4**
City/Muni/Twp: **LOS ANGELES**

Document #: **95-0743714 BK-PG -**
Document Type: **Intrafamily Transfer Or Dissolution**
Type of Sale: **This Sale Only Conveys A Partial Interest**
Interest Rate:

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY

This case has been assigned to District Judge Christina A. Snyder and the assigned discovery Magistrate Judge is Jacqueline Chooljian.

The case number on all documents filed with the Court should read as follows:

## CV10- 6231 CAS (JCx)

Pursuant to General Order 05-07 of the United States District Court for the Central District of California, the Magistrate Judge has been designated to hear discovery related motions.

All discovery related motions should be noticed on the calendar of the Magistrate Judge

===========================================================

### NOTICE TO COUNSEL

*A copy of this notice must be served with the summons and complaint on all defendants (if a removal action is filed, a copy of this notice must be served on all plaintiffs).*

Subsequent documents must be filed at the following location:

| [X] **Western Division** | [ ] **Southern Division** | [ ] **Eastern Division** |
|---|---|---|
| 312 N. Spring St., Rm. G-8 | 411 West Fourth St., Rm. 1-053 | 3470 Twelfth St., Rm. 134 |
| Los Angeles, CA 90012 | Santa Ana, CA 92701-4516 | Riverside, CA 92501 |

Failure to file at the proper location will result in your documents being returned to you.

CV-18 (03/06)       NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY

## UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
### CIVIL COVER SHEET

| I (a) PLAINTIFFS (Check box if you are representing yourself ☑) | DEFENDANTS |
|---|---|
| VICENTE GALINDO<br><br>LOS ANGELES | 1. FEDERAL HOME LOAN MORTGAGE CORPORATION<br>2. QUALITY LOAN SERVICE CORP<br>3. AURORA LOAN SERVICES INC<br>4. HOME LOAN SPECIALISTS INC<br>5. McCARTHY & HOLTHUS LLP<br><br>LOS ANGELES |
| (b) Attorneys (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.)<br><br>SAME | Attorneys (If Known)<br><br>McCARTHY & HOLTHUS, LLP<br>1770 FOURTH AVE.<br>SAN DIEGO, CA 92101-3006<br>(619) 685-4800 |

**II. BASIS OF JURISDICTION** (Place an X in one box only.)

☑ 1 U.S. Government Plaintiff   ☐ 3 Federal Question (U.S. Government Not a Party)

☐ 2 U.S. Government Defendant   ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** - For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant.)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☑ 1 | ☐ 1 | Incorporated or Principal Place of Business in this State | ☑ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (Place an X in one box only.)

☑ 1 Original Proceeding   ☐ 2 Removed from State Court   ☐ 3 Remanded from Appellate Court   ☐ 4 Reinstated or Reopened   ☐ 5 Transferred from another district (specify):   ☐ 6 Multi-District Litigation   ☐ 7 Appeal to District Judge from Magistrate Judge

**V. REQUESTED IN COMPLAINT: JURY DEMAND:** ☐ Yes ☑ No (Check 'Yes' only if demanded in complaint.)

**CLASS ACTION under F.R.C.P. 23:** ☐ Yes ☑ No   ☐ **MONEY DEMANDED IN COMPLAINT: $** _____

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)
TITLE 5 USC SECTION 1635 (a) AND TITLE 12 CFR 226.3 (d) AND (i)

**VII. NATURE OF SUIT** (Place an X in one box only.)

| OTHER STATUTES | CONTRACT | TORTS PERSONAL INJURY | TORTS PERSONAL PROPERTY | PRISONER PETITIONS | LABOR |
|---|---|---|---|---|---|
| ☐ 400 State Reapportionment | ☐ 110 Insurance | ☐ 310 Airplane | ☐ 370 Other Fraud | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 710 Fair Labor Standards Act |
| ☐ 410 Antitrust | ☐ 120 Marine | ☐ 315 Airplane Product Liability | ☐ 371 Truth in Lending | | ☐ 720 Labor/Mgmt. Relations |
| ☐ 430 Banks and Banking | ☐ 130 Miller Act | ☐ 320 Assault, Libel & Slander | ☐ 380 Other Personal Property Damage | ☐ 530 General | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act |
| ☐ 450 Commerce/ICC Rates/etc. | ☐ 140 Negotiable Instrument | ☐ 330 Fed. Employers' Liability | ☐ 385 Property Damage Product Liability | ☐ 535 Death Penalty | ☐ 740 Railway Labor Act |
| ☐ 460 Deportation | ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 340 Marine | BANKRUPTCY | ☐ 540 Mandamus/ Other | ☐ 790 Other Labor Litigation |
| ☐ 470 Racketeer Influenced and Corrupt Organizations | | ☐ 345 Marine Product Liability | ☐ 422 Appeal 28 USC 158 | ☐ 550 Civil Rights | ☐ 791 Empl. Ret. Inc. Security Act |
| ☐ 480 Consumer Credit | ☐ 151 Medicare Act | ☐ 350 Motor Vehicle | ☐ 423 Withdrawal 28 USC 157 | ☐ 555 Prison Condition | PROPERTY RIGHTS |
| ☐ 490 Cable/Sat TV | ☐ 152 Recovery of Defaulted Student Loan (Excl. Veterans) | ☐ 355 Motor Vehicle Product Liability | CIVIL RIGHTS | FORFEITURE / PENALTY | ☐ 820 Copyrights |
| ☐ 810 Selective Service | | ☐ 360 Other Personal Injury | ☐ 441 Voting | ☐ 610 Agriculture | ☐ 830 Patent |
| ☐ 850 Securities/Commodities/ Exchange | ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 362 Personal Injury-Med Malpractice | ☐ 442 Employment | ☐ 620 Other Food & Drug | ☐ 840 Trademark |
| ☐ 875 Customer Challenge 12 USC 3410 | ☐ 160 Stockholders' Suits | ☐ 365 Personal Injury-Product Liability | ☐ 443 Housing/Acco- mmodations | ☐ 625 Drug Related Seizure of Property 21 USC 881 | SOCIAL SECURITY |
| ☐ 890 Other Statutory Actions | ☐ 190 Other Contract | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 444 Welfare | | ☐ 861 HIA (1395ff) |
| ☐ 891 Agricultural Act | ☐ 195 Contract Product Liability | | ☐ 445 American with Disabilities - Employment | ☐ 630 Liquor Laws | ☐ 862 Black Lung (923) |
| ☐ 892 Economic Stabilization Act | ☐ 196 Franchise | IMMIGRATION | | ☐ 640 R.R. & Truck | ☐ 863 DIWC/DIWW (405(g)) |
| ☐ 893 Environmental Matters | REAL PROPERTY | ☐ 462 Naturalization Application | ☐ 446 American with Disabilities - Other | ☐ 650 Airline Regs | ☐ 864 SSID Title XVI |
| ☐ 894 Energy Allocation Act | ☐ 210 Land Condemnation | ☐ 463 Habeas Corpus- Alien Detainee | ☐ 440 Other Civil Rights | ☐ 660 Occupational Safety /Health | ☐ 865 RSI (405(g)) |
| ☐ 895 Freedom of Info. Act | ☑ 220 Foreclosure | ☐ 465 Other Immigration Actions | | ☐ 690 Other | FEDERAL TAX SUITS |
| ☐ 900 Appeal of Fee Determi- nation Under Equal Access to Justice | ☐ 230 Rent Lease & Ejectment | | | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) |
| ☐ 950 Constitutionality of State Statutes | ☐ 240 Torts to Land | | | | ☐ 871 IRS-Third Party 26 USC 7609 |
| | ☐ 245 Tort Product Liability | | | | |
| | ☐ 290 All Other Real Property | | | | |

## CV 10 - 06231 CAS (JCx)

**FOR OFFICE USE ONLY:** Case Number: _____

AFTER COMPLETING THE FRONT SIDE OF FORM CV-71, COMPLETE THE INFORMATION REQUESTED BELOW.

CV-71 (05/08)   CIVIL COVER SHEET   Page 1 of 2

AUG 20 2010

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
CIVIL COVER SHEET

**VIII(a). IDENTICAL CASES:** Has this action been previously filed in this court and dismissed, remanded or closed? ☑ No ☐ Yes
If yes, list case number(s): _____

**VIII(b). RELATED CASES:** Have any cases been previously filed in this court that are related to the present case? ☑ No ☐ Yes
If yes, list case number(s): _____

Civil cases are deemed related if a previously filed case and the present case:
(Check all boxes that apply)   ☑ A. Arise from the same or closely related transactions, happenings, or events; or
　　　　　　　　　　　　　　☐ B. Call for determination of the same or substantially related or similar questions of law and fact; or
　　　　　　　　　　　　　　☐ C. For other reasons would entail substantial duplication of labor if heard by different judges; or
　　　　　　　　　　　　　　☐ D. Involve the same patent, trademark or copyright, and one of the factors identified above in a, b or c also is present.

**IX. VENUE:** (When completing the following information, use an additional sheet if necessary.)

(a)  List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** named plaintiff resides.
☐  Check here if the government, its agencies or employees is a named plaintiff.  If this box is checked, go to item (b).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| LOS ANGELES, CA | |

(b)  List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** named defendant resides.
☐  Check here if the government, its agencies or employees is a named defendant.  If this box is checked, go to item (c).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| LOS ANGELES, CA | |

(c)  List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** claim arose.
　　**Note: In land condemnation cases, use the location of the tract of land involved.**

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| LOS ANGELES, CA | |

**\* Los Angeles, Orange, San Bernardino, Riverside, Ventura, Santa Barbara, or San Luis Obispo Counties**
Note: In land condemnation cases, use the location of the tract of land involved

X.  SIGNATURE OF ATTORNEY (OR PRO PER): _Vicente Galindo_　　Date _____ AUGUST 17, 2010

**Notice to Counsel/Parties:**  The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law.  This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3-1 is not filed but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet.  (For more detailed instructions, see separate instructions sheet.)

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405(g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405(g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. (g)) |

Name & Address:

VICENTE GALINDO
742 E. COLDEN AVE.
LOS ANGELES, CA 90002

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

VICENTE GALINDO

PLAINTIFF(S).

v.

1. FEDERAL HOME LOAN MORTGAGE CORPORATION,
2. QUALITY LOAN SERVICE CORP,
3. AURORA LOAN SERVICES INC,
4. HOME LOAN SPECIALISTS INC,
5. McCARTHY & HOLTHUS LLP,

DEFENDANT(S).

CASE NUMBER

CV 10 - 06231 CAS (JCx)

SUMMONS

TO:   DEFENDANT(S): 1) Federal Home Loan Mortgage Corporation 2) Quality Loan Service Corp
3) Aurora Loan Services Inc 4) Home Loan Specialists Inc 5) McCarthy & Holthus LLP

A lawsuit has been filed against you.

Within ___21___ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached ☑ complaint ☐ _____ amended complaint ☐ counterclaim ☐ cross-claim or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff's attorney, _____VICENTE GALINDO_____, whose address is _____742 E. COLDEN AVE. LOS ANGELES, CA 90002_____.  If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

TERRY NAFISI

Clerk, U.S. District Court

Dated:   AUG 20 2010

By: _____
L. MURRAY
Deputy Clerk

(Seal of the Court)

[Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States.  Allowed 60 days by Rule 12(a)(3)].

CV-01A (12/07)                                                    SUMMONS