# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

O

**CIVIL MINUTES - GENERAL**  JS-6

| Case No. | CV 10-6231 CAS (JCx) | Date | November 30, 2010 |
|---|---|---|---|
| Title | VICENTE GALINDO V. FEDERAL HOME LOAN MORTGAGE CORPORATION, ET AL. | | |

| Present: The Honorable | CHRISTINA A. SNYDER | | |
|---|---|---|---|
| CATHERINE JEANG | Not Present | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:** **(In Chambers:) DEFENDANTS' MOTION TO DISMISS PURSUANT TO RULE 12(b)(6)** (filed 09/23/10)

The Court finds this motion appropriate for decision without oral argument. Fed. R. Civ. P. 78; Local Rule 7-15.

On August 20, 2010, Vicente Galindo ("plaintiff") filed the instant action against Federal Home Loan Mortgage Corporation, Quality Loan Service Corp., Aurora Loan Services, Inc., Home Loan Specialists Inc., and McCarthy & Holthus LLP (collectively, "defendants"). Plaintiff alleges claims for violations of Regulation Z of the Truth in Lending Act, counterfeiting securities as prohibited by 18 U.S.C. § 513, dishonoring an administrative settlement agreement pursuant to the Bankruptcy Reform Act, and Article 1, Section 10, clause 1 of the U.S. Constitution in relation to a foreclosure on plaintiff's home.

On September 23, 2010, defendants filed a motion to dismiss plaintiff's complaint pursuant to Rule 12(b)(6). Plaintiff did not file an opposition to the motion. On October 22, 2010, defendants filed a notice of plaintiff's failure to oppose defendants' motion. On November 8, 2010, this Court granted defendants' motion to dismiss the complaint in its entirety with leave to amend. Plaintiff was ordered to file an amended complaint within twenty (20) days after the filing of the order, and admonished that in the event that he did not file an amended complaint within twenty (20) days, the Court would dismiss this action with prejudice. Plaintiff was therefore required to submit an amended complaint on or before November 29, 2010, and has not done so. Therefore, this Court DISMISSES plaintiff's action with prejudice.

IT IS SO ORDERED.

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**          **JS-6**

| | | | |
|---|---|---|---|
| Case No. | CV 10-6231 CAS (JCx) | Date | November 30, 2010 |
| Title | VICENTE GALINDO V. FEDERAL HOME LOAN MORTGAGE CORPORATION, ET AL. | | |

O

00 : 0

Initials of Preparer          CMJ